JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Castillo,<br><br>      Plaintiff,<br><br>   vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>      Defendant. | Case No. 1:25-cv-01677-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 11) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  March 4, 2026 to May 4, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 23, 2026 and March 2, 2026, Plaintiff's Counsel has twelve merit briefs due and six replies due.   Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 26, 2026        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: February 26, 2026        ERIC GRANT
                                United States Attorney
                                MATHEW W. PILE
                                Head of Program Litigation 1
                                Law & Policy
                                Social Security Administration

By:  **/s/ Margaret Branick-Abilla*
     Margaret Branick-Abilla
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on _____)

## **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including **May 4, 2026**, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:    **February 26, 2026**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

3