ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CASTILLO,<br><br>           Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Civil No. 1:25-cv-01677-SKO<br><br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 16) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

Stipulation; Order                              Page 1                    Case No. 1:25-cv-01677-SKO

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 9, 2026                        PENA AND BROMBERG, PC

                                    By:*/s/ Jonathan Pena*   
                                        JONATHAN PENA
                                        Attorneys for Plaintiff
                                        [*As authorized by e-mail on July 9, 2026]

Dated: July 9, 2026                        ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Executive Counsel for Program Litigation 1
                                        Social Security Administration | Law & Policy

                                    By:    */s/ Margaret Branick-Abilla*  
                                        MARGARET BRANICK-ABILLA
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

### ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 16), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court **SHALL** enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **July 9, 2026**            */s/ Sheila K. Oberto*   
                                    UNITED STATES MAGISTRATE JUDGE